# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER J. CHERAMIE

NO. 2019 KW 0595

AUG 19 2019

In Re: Christopher J. Cheramie, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 2000-351599.

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT